IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00116-BNB

VERNEST M. JONES,

    Plaintiff,

v.

TANNYA LANE, C.O.P. III, individual and official capacities,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 8 2006

GREGORY C. LANGHAM
CLERK

## ORDER DISCHARGING ORDER TO SHOW CAUSE

Plaintiff Vernest M. Jones is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Limon, Colorado, correctional facility. He has filed *pro se* an amended civil rights complaint pursuant to 42 U.S.C. § 1983 (Supp. 2005) and 28 U.S.C. § 1343(a)(3) (1993) in which he complains that he has been classified as a sex offender despite the fact that he has not been convicted of a sex offense; that his parole has been revoked because he would not admit to being a sex offender or participate in sex-offender treatment; and that he has been returned to prison. He asks for money damages and for declaratory and injunctive relief.

Mr. Jones has been granted leave to proceed without payment of an initial partial filing fee pursuant to the federal *in forma pauperis* statute, 28 U.S.C. § 1915 (Supp. 2005). Subsection (e)(2)(B) of § 1915 requires a court to dismiss *sua sponte* an action at any time if the action is frivolous, malicious, or seeks monetary relief against a

defendant who is immune from such relief. A legally frivolous claim is one in which the plaintiff asserts the violation of a legal interest that clearly does not exist or asserts facts that do not support an arguable claim. *Neitzke v. Williams*, 490 U.S. 319, 324 (1989).

On March 13, 2006, I ordered Mr. Jones to show cause within thirty days why the amended complaint and the instant action should not be dismissed pursuant to 28 U.S.C. § 1915 as legally frivolous and malicious because Mr. Jones raised similar claims in this Court in *Jones v. Estep*, 05-cv-02547-BNB (filed Dec. 16, 2005), and in *Jones v. Ortiz,* No. 05-cv-02549-EWN-MEH, both of which were pending before the Court at that time.

In the order to show cause, I informed Mr. Jones that repetitious litigation of virtually identical causes of action may be dismissed as frivolous or malicious. *See Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988) (per curiam); *Van Meter v. Morgan*, 518 F.2d 366, 368 (8th Cir. 1975) (per curiam). I further informed Mr. Jones that the Court may consult its own records to determine whether a pleading repeats pending or previously litigated claims. *See Duhart v. Carlson*, 469 F.2d 471 (10th Cir. 1972). I pointed out that the Court had examined its records and was satisfied that Mr. Jones's claims concerning his classification as a sex offender were repetitive of the claims asserted in Nos. 05-cv-02547-BNB and 05-cv-02549-EWN-MEH.

On March 23, 2006, Mr. Jones filed a response to the order to show cause. The Court must construe liberally the amended complaint and the response to the order to show cause because Mr. Jones is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

2

However, the Court should not be the *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110.

In the response to the show-cause order, Mr. Jones contends that he wants to proceed with the instant action and further contends that he previously requested the voluntary dismissal of both Case No. 05-cv-02547-BNB and Case No. 05-cv-02549-EWN-MEH. He then renews that request through motions for voluntary dismissal of those cases, copies of which he has submitted as attachments to his response to the show-cause order. Mr. Jones is mistaken. He previously filed a motion for voluntary dismissal only in Case No. 05-cv-02547-BNB. That motion currently is pending. A review of this Court's docketing records reveals that he has not previously submitted a motion for voluntary dismissal in Case No. 05-cv-02549-EWN-MEH. However, the Clerk of the Court will be directed to file in the appropriate actions, as of March 23, 2006, the original renewed motion for voluntary dismissal that Mr. Jones submitted in with the response to the show-cause order in this case. The Clerk of the Court further will be directed to attach copies of the renewed motions for voluntary dismissal to the response to the show-cause order filed in this action. The Clerk of the Court also will be directed to file a copy of this order in Case No. 05-cv-02547-BNB and Case No. 05-cv-02549-EWN-MEH.

Mr. Jones is on notice that this Court will not correct his filing errors in the future. In the future, any misfiled papers will be stricken, and Mr. Jones will be charged with the responsibility to file the misfiled papers in the proper case. The March 13, 2006, show-cause order will be discharged. The Court will proceed to review Mr. Jones' amended complaint pursuant to 28 U.S.C. § 1915 to determine whether it is frivolous, malicious,

or seeks monetary relief against a defendant who is immune from such relief. Accordingly, it is

ORDERED that the Clerk of the Court is directed to file in Case No. 05-cv-02547-BNB and Case No. 05-cv-02549-EWN-MEH, as of March 23, 2006, each of the original renewed motions for voluntary dismissal that Mr. Jones submitted as an attachment to the response to the show-cause order in this case. It is

FURTHER ORDERED that the Clerk of the Court is directed to attach copies of the renewed motions for voluntary dismissal to the response to the show-cause order filed in this action. It is

FURTHER ORDERED that the Clerk of the Court shall file a copy of this order in Case No. 05-cv-02547-BNB and Case No. 05-cv-02549-EWN-MEH. It is

FURTHER ORDERED that Plaintiff is on notice that this Court will not correct his filing errors in the future. In the future, any misfiled papers will be stricken, and Mr. Jones will be charged with the responsibility to file the misfiled papers in the proper case. It is

FURTHER ORDERED that the March 13, 2006, show-cause order is discharged. It is

FURTHER ORDERED that the Court will proceed to review the amended Prisoner Complaint filed in this action to determine whether it is frivolous, malicious, or seeks monetary relief against a defendant who is immune from such relief.

DATED March 28, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00116-BNB

Vernest M. Jones
Prisoner No. 98313
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3-28-06

GREGORY C. LANGHAM, CLERK

By: /s/
Deputy Clerk