IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00116-EWN-MEH

VERNEST M. JONES,

    Plaintiff,

v.

TANNYA LANE, C.O.P. III, individual and official capacities,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 16, 2006.**

    For good cause shown, IT IS HEREBY ORDERED that Plaintiff's Motion for Issuance of Scheduling Conference Order to be Served on Colo. D.O.C. [Filed June 14, 2006; Docket #23] is **granted.**

    A Preliminary Scheduling/Status Conference has been set by the Court in this matter for **June 30, 2006,** at the hour of **9:15 a.m.,** in the U.S. Courthouse, Courtroom A-601, 901 19th Street, Denver, Colorado. The Plaintiff shall participate in this conference by telephone. Counsel may attend in person or by telephone, at counsel's discretion, but shall please notify Chambers at (303) 844-4507 if appearance by telephone is desired. The plaintiff shall notify all parties who have not entered an appearance of the date and time of the Scheduling/Status Conference.

    The parties need not comply with the requirements of Fed.R.Civ.P. 16 and D.C.COLO.LCivR 16.2 and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing any motions, and what discovery, if any, will be needed. No discovery shall be submitted until after the preliminary scheduling/status conference, unless otherwise ordered or directed by the district judge in this case.

    Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate.

    IT IS FURTHER ORDERED that a copy of this Minute Order is to be mailed to the following:

CASE MANAGER FOR
VERNEST M. JONES #98313
LIMON CORRECTIONAL FACILITY
49030 HIGHWAY 71
LIMON, CO 80826