IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00116-EWN-MEH

VERNEST M. JONES,

    Plaintiff,

v.

TANYA LANE, C.O.P. III,

    Defendants.

_____

**ORDER ON PLAINTIFF'S MOTION FOR THIS COURT TO TAKE JUDICIAL
NOTICE OF STATE ADJUDICATED FACTS**
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge**.

    Plaintiff filed a Motion for this Court to take Judicial Notice of State Adjudicated Facts in Support of Plaintiff's Motion for Summary Judgment ("Motion") (Dockets #39 & #50). The Motion has been referred to this Court (Docket #52). The Motion is fully briefed, and oral argument would not materially assist the Court in adjudicating it. For the reason stated below, the motion is **denied**.

    The purpose of "judicial notice" under Federal Rule of Evidence 201 is to preclude a party from introducing contrary evidence concerning a fact that is not subject to dispute. *E.g.*, *Taylor v. Charter Medical Corp.*, 162 F.3d 827, 831 & n.28 (5th Cir. 1998). It is not necessary for the Court to take judicial notice of the Order dated July 6, 2006 from the District Court for the City & County of Denver in *People of the State of Colorado v. Vernest Jones*, Case No. 00CR1389. Plaintiff has submitted the Order in connection with the parties' cross-motions for summary judgment. Defendant does not challenge the authenticity of the Order. The Order is the type of evidence that is commonly used in support of a dispositve motion. Therefore, the Court need not take judicial notice of any

matter contained in the Order, but rather will consider it as just one piece of supporting documentation concerning the cross-motions.

Therefore, for the foregoing reasons, Plaintiff's Motion for this Court to take Judicial Notice of State Adjudicated Facts in Support of Plaintiff's Motion for Summary Judgment [Filed July 19, 2006; Docket #39 and re-Docketed #50) is **denied**.

Dated at Denver, Colorado, this 29th day of August, 2006.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge