IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00116–EWN–MEH

VERNEST M. JONES,

    Plaintiff,

v.

TANNYA LANE, C.O.P. III, individual and official capacities,

    Defendant.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation on Motions for Summary Judgment" filed August 30, 2006. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. Plaintiff's Motion for Summary Judgment (#29) is DENIED.

    3. Defendant's Cross Motion for Summary Judgment (#35) is GRANTED, with prejudice, as to the first and second grounds for Plaintiff's Fourteenth Amendment claim, but DENIED with regard to the third.

4. The third ground for Plaintiff's Fourteenth Amendment claim is dismissed *sua sponte*, without prejudice, as being barred under *Heck v. Humphrey*.

DATED this 4th day of October, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge